MARK W. ROBERTSON (S.B. #200220)
mrobertson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: +1 212 326 2000
Facsimile: +1 212 326 2061

JASON ZARROW (S.B. #297979)
jzarrow@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

Attorneys for Defendant
American Airlines, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE

| | |
|---|---|
| ARI NACHISON, SHANNA NACHISON, DERRICK GALLAGHER, ABIGAIL GALLAGHER, ERIC LINK, MIRANDA LINK, ELLIOT WEINER, and RACHEL FEIT on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　Defendant. | Case No. 5:24-cv-00530-PCP<br><br>**DECLARATION OF MIKI REZENTES IN SUPPORT OF MOTION TO TRANSFER VENUE**<br><br>Hearing Date:　May 2, 2024<br>Time:　　　　10:00 a.m.<br>Courtroom:　　8<br>Judge:　　　　Hon. P. Casey Pitts |

## DECLARATION OF MIKI REZENTES

I, Miki Rezentes, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am currently employed by American Airlines, Inc. ("American"), in the position of Loyalty Fraud Analyst. I have held that position since February 1, 2018. I have personal knowledge of the facts set forth below, and, if called as a witness in this matter, I could and would competently testify to the below facts.

2. American is a Delaware corporation with its principal place of business in Fort Worth, Texas, where it maintains its headquarters.

3. American maintains a frequent flyer program called "AAdvantage." The AAdvantage program is governed by certain Terms & Conditions that are publicly available on American's website, which is operated out of American's headquarters in Fort Worth. The Terms & Conditions were drafted and put in place by American from its Fort Worth headquarters. The Terms & Conditions are governed by Texas law and have been governed by Texas law since at least 2016. American reserves the right to modify the Terms & Conditions, and has done so over time from its Fort Worth headquarters. I have attached as Exhibit A, a true and correct copy of the Terms & Conditions that was in effect between September 16, 2019, and April 22, 2020.

4. The decision whether to terminate an AAdvantage member's account for fraud or abuse is made in the first instance by an analyst working for American, who reviews the evidence of fraud and abuse before making that determination. I understand that the plaintiffs in this case seek to represent "[a]ll persons who maintained an AAdvantage membership, which was terminated by AA based on allegations of fraud related to the AAdvantage member's application for, opening of, or use of a Citi-AAdvantage credit card or Barclays-AAdvantage credit card." The decision to terminate the AAdvantage memberships of such persons was made in the first instance by one of eight analysts. Two of those analysts, James Blake and Jennifer Tucker, are no longer employed by American. According to the

1  records maintained by American, both Blake and Tucker reside in the Dallas/Fort
2  Worth area.

3      5.  These eight analysts worked with Chelsea Casiano, who held the role
4  of Senior Analyst – AAdvantage Product Expert. Casiano worked in AAdvantage
5  Customer Service at the time and assisted the analysts with pulling data and
6  creating reports. She assisted in creating a list of accounts to audit and also assisted
7  with locking accounts that were being audited so that miles could not be redeemed
8  in the interim. The reports generated by Casiano were refined by Tucker to make
9  determinations regarding which accounts to terminate based on the extent of abuse
10 by the members. Casiano is no longer employed by American. According to the
11 records maintained by American, Casiano resides in the Dallas/Fort Worth area.

12     6.  At the time these events occurred, Bridget Blaise-Shamai held the role
13 of President of the AAdvantage Program and Janet Ferguson held the role of
14 Director of AAdvantage Customer Service. Blaise-Shamai and Ferguson managed
15 the AAdvantage Program at that time and were ultimately responsible for matters
16 relating to it. Blaise-Shamai and Ferguson are no longer employed by American.
17 According to the records maintained by American, both Blaise-Shamai and
18 Ferguson reside in the Dallas/Fort Worth area.

19     7.  Also during that time, Neva Ignatow held the role of Director of
20 Domestic Program Partnerships. Ignatow and her team managed the promotional
21 relationships between American and its financial partners, including the Citi-
22 AAdvantage credit card and Barclays-AAdvantage credit card. Ignatow and her
23 team interacted with Citi to obtain information relating to mailer data that was
24 among the evidence of fraud and abuse that led to the termination of the accounts of
25 members described in plaintiffs' class definition. Ignatow is no longer employed
26 by American. According to the records maintained by American, Ignatow resides
27 in the Dallas/Fort Worth area.

28     8.  During their employment, all of the individuals described above

- 2 -                    DECLARATION OF MIKI REZENTES
                                          5:24-CV-530

worked for American in its Fort Worth headquarters.

9. American maintains the documents relating to its investigation and termination of AAadvantage accounts at its headquarters in Fort Worth.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2024, in Fort Worth, Texas.

_____
Miki Rezentes