1

Alex R. Straus (SBN 312366)
**MILBERG COLEMAN BRYSON**

2

**PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, PH Suite

3

Beverly Hills, CA 90212
Telephone:  (917) 471-1894

4

Facsimile:   (310) 496-3176
astraus@milberg.com

5

6

*Attorneys for Plaintiff*
*Additional Counsel on Signature Page*

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11

12

ARI NACHISON, *et al.*,

                          )    **Case No.:**  5:24-cv-00530-PCP

13

             Plaintiffs,      )    **NOTICE OF VOLUNTARY DISMISSAL**

                          )    **WITHOUT PREJUDICE OF PLAINTIFF**

14

             v.              )    **MIRANDA LINK**

                          )

15

AMERICAN AIRLINES, INC.

                          )

16

             Defendant.     ) 

                          )

17

18

     NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a),

19

Plaintiff Miranda Link, by and through their attorneys of record, hereby voluntarily dismiss *without*

20

*prejudice* all claims brought by Plaintiff Miranda Link – and only those claims brought by Plaintiff

21

Miranda Link specifically - from the above-captioned matter.

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF
MIRANDA LINK | CASE NO. 5:24-cv-00530-PCP

DATED:  March 28, 2024

*/s/ Alex R. Straus*
Alex R. Straus (SBN 312366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Telephone:  (917) 471-1894
Facsimile:   (310) 496-3176
astraus@milberg.com

William A. Ladnier (SBN 330334)
Virginia Ann Whitener*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 Gay Street, Suite 1100
Knoxville, TN 37929
Telephone:  (865) 247-0080
wladnier@milberg.com
gwhitener@milberg.com

*Attorneys for Plaintiffs*
*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MIRANDA LINK with the Clerk of Court, and upon the counsel of record using the CM/ECF system.

*/s/ Alex R. Straus*
Alex R. Straus

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF
MIRANDA LINK | CASE NO. 5:24-cv-00530-PCP