| | |
|---|---|
| MARK W. ROBERTSON (S.B. #200220)<br>mrobertson@omm.com<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York  10036-6537<br>Telephone:     +1 212 326 2000<br><br>JASON ZARROW (S.B. #297979)<br>jzarrow@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Telephone:     +1 213 430 6000<br><br>*Attorneys for Defendant*<br>*American Airlines, Inc.* | Alex R. Straus (SBN 312366)<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>280 S. Beverly Drive, PH Suite<br>Beverly Hills, CA 90212<br>Telephone:  (917) 471-1894<br>Facsimile:   (310) 496-3176<br>astraus@milberg.com<br><br>William A. Ladnier (SBN 330334)<br>Virginia Ann Whitener (*pro hac vice*)<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>800 Gay Street, Suite 1100<br>Knoxville, TN 37929<br>Telephone:  (865) 247-0080<br>wladnier@milberg.com<br>gwhitener@milberg.com<br><br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ARI NACHISON and SHANNA NACHISON, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>AMERICAN AIRLINES, INC.,<br><br>           Defendant. | Case No. 5:24-cv-00530-PCP<br><br>**JOINT STIPULATION REGARDING SCHEDULING ORDER** |

Pursuant to the Court's May 2, 2024 Order (ECF No. 40), Plaintiffs Ari Nachison and Shanna Nachison ("Plaintiffs") and Defendant American Airlines, Inc. ("Defendant"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on January 29, 2024, Plaintiffs Ari Nachison and Shanna Nachison filed the original Complaint in this action (ECF No. 1);

WHEREAS, on April 18, 2024, the parties filed a Joint Case Management Statement (ECF No. 38), in which the parties proposed a case schedule;

WHEREAS, on May 2, 2024, the Court issued a minute order (ECF No. 40) granting Defendant's Motion to Dismiss, ordering the parties to identify a private mediator within 21 days of the Court's ruling on Defendant's Motion to Transfer; and ordering the parties to submit a revised proposed case schedule within 7 days;

WHEREAS, pursuant to the Court's May 2, 2024 order, the parties met and conferred regarding a revised proposed case schedule;

WHEREAS, the parties also agree that Defendant's deadline to file an answer to Plaintiffs' First Amended Complaint (ECF No. 14) shall be extended by three weeks and shall be due on June 6, 2024; and

THEREFORE, the parties hereby agree and stipulate to the following revised proposed case schedule:

| | |
|---|---|
| Deadline for Defendant to file answer to Plaintiffs' First Amended Complaint | June 6, 2024 |
| Close of fact discovery | November 4, 2024 |
| Close of expert discovery | February 4, 2025 |
| Deadline to file motions for summary judgment and/or motions for class certification | April 4, 2025 |
| Deadline to file oppositions to motions for summary judgment and/or motions for class certification | May 5, 2025 |
| Deadline to file replies in support of motions for summary judgment and/or motions for class certification | May 26, 2025 |

| Close of damages discovery | 30 days after the Court's ruling on class certification |
|---|---|
| Deadline to complete ADR | 30 days after the Court's ruling on class certification |
| Trial | October 6, 2025 |

**IT IS SO STIPULATED.**

Dated:  May 9, 2024

MARK W. ROBERTSON
JASON ZARROW
**O'MELVENY & MYERS LLP**

By:   */s/ Jason Zarrow*
            Jason Zarrow

Attorneys for Defendant American Airlines, Inc.

Dated:  May 9, 2024

ALEX R. STRAUS
WILLIAM A. LADNIER
VIRGINIA ANN WHITENER
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

By:   */s/ Alex R. Straus*
            Alex R. Straus

Attorneys for Plaintiffs Ari Nachison and Shanna Nachison

**ATTESTATION**

I, Jason Zarrow, hereby attest in accordance with Local Rule 5-1(i)(3) that each signatory has concurred in the filing of this document.

Dated:  May 9, 2024  By:   */s/ Jason Zarrow*
                                    Jason Zarrow