1  Alex R. Straus (SBN 312366)
   **MILBERG COLEMAN BRYSON**
2  **PHILLIPS GROSSMAN, PLLC**
   280 S. Beverly Drive, PH Suite
3  Beverly Hills, CA 90212
4  Telephone: (917) 471-1894
   Facsimile: (310) 496-3176
5  astraus@milberg.com

6  *Attorneys for Plaintiff*

7

8  JASON ZARROW (S.B. #297979)
   **O'MELVENY & MYERS LLP**
9  400 South Hope Street
   Los Angeles, CA 90071
10 Telephone: +1 213 430 6000
11 jzarrow@omm.com

12 *Attorneys for Defendant*
   *American Airlines, Inc.*
13

14                    UNITED STATES DISTRICT COURT
15
16                   NORTHERN DISTRICT OF CALIFORNIA
17                          SAN JOSE DIVISION

18 | ARI NACHISON and SHANNA | Case No. 5:24-CV-00530-PCP |
19 | NACHISON, on behalf of themselves and all others similarly situated, | |
20 |  | **JOINT STIPULATION OF VOLUNTARY** |
21 | Plaintiffs, | **DISMISSAL WITHOUT PREJUDICE; and** |
   |  | **[PROPOSED] ORDER** |
22 | v. | |
23 | AMERICAN AIRLINES, INC., | |
24 | Defendant. | |
25

26      This stipulation is entered into by and among Plaintiffs ARI NACHISON and SHANNA
27 NACHISON (collectively, "Plaintiffs"), and Defendant AMERICAN AIRLINES, INC.
28

("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective attorneys of record.

WHEREAS, Plaintiffs filed the above-captioned action on January 29, 2024 (Dkt. 1);

WHEREAS, Plaintiffs filed an Amended Complaint on February 14, 2024 (Dkt. 14);

WHEREAS, Defendant filed a Motion to Dismiss on March 4, 2024 (Dkt. 17);

WHEREAS, Defendant filed a Motion to Transfer Venue on March 6, 2024 (Dkt. 20);

WHEREAS, Plaintiffs filed Responses in Opposition to both motions on April 1, 2024 (Dkt. 27 and Dkt. 28);

WHEREAS, Defendant Replied in Support of both motions on April 15, 2024 (Dkt. 35 and Dkt. 36);

WHEREAS, this Court heard oral argument on Defendant's motions on May 2, 2024;

WHEREAS, this Court issued a Minute Order granting Defendant's Motion to Dismiss as to previously named plaintiffs' claims for lack of personal jurisdiction, on May 2, 2024 (Dkt. 40);

WHEREAS, Defendant answered the Plaintiffs' Amended Complaint on June 6, 2024 (Dkt. 43);

WHEREAS, this Court issued an Order denying Defendant's Motion to Transfer Venue on June 24, 2024 (Dkt. 45);

WHEREAS, Plaintiffs have decided to voluntarily dismiss the claims brought by Plaintiff Ari Nachison;

WHEREAS, the Parties agree to the voluntary dismissal without prejudice of Plaintiff Ari Nachison;

WHEREAS, Plaintiffs agree to Defendant deposing Ari Nachison notwithstanding his dismissal;

IT IS HEREBY STIPULATED by and between all Parties, through their respective counsel, that Plaintiff Ari Nachison be and hereby is dismissed without prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

IT IS SO STIPULATED.

| | |
|---|---|
| Date: September 19, 2024 | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC |
| | */s/Alex R. Straus*<br>Alex R. Straus<br>Attorney for Plaintiffs |
| Date: September 19, 2024 | O'MELVENY & MYERS LLP |
| | */s/ Jason Zarrow*<br>Jason Zarrow*<br>Attorney for Defendant |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, regarding signatures, I, Alex R. Straus, attest that concurrence in the filing of the document has been obtained from each of the other signatories listed above.

DATED:  September 19, 2024                    */s/ Alex R. Straus*
                                                                           Alex R. Straus