Angela L. Scott (SBN 240418)
scotta@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4330
Facsimile:  424.204.4350

Attorney for Defendant
CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NACHISON, *et al.*,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>AMERICAN AIRLINES,<br><br>                    Defendant. | Case No. 5:24-cv-00530-PCP<br><br>**DECLARATION OF ANGELA SCOTT IN SUPPORT OF NONPARTY CITIBANK'S REPLY RE MOTION TO QUASH PLAINTIFF'S SUBPOENA TO TESTIFY AT A DEPOSITION OF CITIBANK'S PERSON MOST KNOWLEDGEABLE OR FOR PROTECTIVE ORDER**<br><br>Hearing Date:    January 28, 2025<br>Time:                 10:00 a.m.<br>Courtroom:        8<br><br>Action Filed:     January 29, 2024<br>Trial Date:        May 5, 2026 |

## DECLARATION OF ANGELA SCOTT

I, Angela Scott, hereby declare as follows:

1.      I am an attorney with the firm Ballard Spahr and am representing nonparty Citibank, N.A., regarding subpoenas it received in the above-referenced action.  I submit this Declaration in that capacity and in support of Citibank's Reply to Plaintiff's Opposition

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

to Citibank's Motion to Quash the Deposition Subpoena.  This declaration is based on my personal knowledge and from information received from Citibank employees.

2.       Attached hereto as Exhibit 1 is a true and correct copy of objections to Plaintiff's document subpoena served on Plaintiff on December 16, 2024.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of January, 2025 in Rocklin, California.

_____
Angela L. Scott

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

DMFIRM #415067570 v1

2

DECLARATION OF ANGELA SCOTT IN SUPPORT REPLY TO OPPOSITION OF
MOTION TO QUASH