Alex R. Straus (SBN 312366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Telephone: (917) 471-1894
Facsimile: (310) 496-3176
astraus@milberg.com

*Counsel for Plaintiff*

MARK W. ROBERTSON (S.B. #200220)
mrobertson@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Telephone: +1 212 326 4329

*Counsel for Defendant*

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SHANNA NACHISON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No. 5:24-cv-00530-PCP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shanna Nachison and Defendant American Airlines, Inc. stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant in this case, with each party to bear her or its own costs and attorneys' fees.

*Signature Page Follows*

1 | DATED: April 16, 2025

RESPECTFULLY SUBMITTED:

*/s/ Mark W. Robertson*                    */s/ Alex R. Straus*

MARK W. ROBERTSON (S.B. #200220)
mrobertson@omm.com
JEFFREY A. N. KOPCZYNSKI (*pro hac vice*)
jkopczynski@omm.com
CHARLES J. MAHONEY (*pro hac vice*)
cmahoney@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Telephone: +1 212 326 4329

JASON ZARROW (S.B. #297979)
jzarrow@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: +1 213 430 6000

KRISTIN MACDONNELL (S.B. #307124)
kmacdonnell@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, Floor 28
San Francisco, CA 94111
Telephone: +415-984-8700

*Counsel for Defendant*

Alex R. Straus (SBN 312366)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Telephone: (917) 471-1894
Facsimile: (310) 496-3176
astraus@milberg.com

William A. Ladnier (SBN 330334)
Virginia Ann Whitener
MILBERG COLEMAN BRYSON
PHILIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
wladnier@milberg.com
gwhitener@milberg.com

*Counsel for Plaintiffs*

**ATTESTATION**

I, Mark W. Robertson, hereby attest in accordance with Local Rule 5-1(i)(3) that each signatory has concurred in the filing of this document.

By:  */s/ Mark W. Robertson*
       Mark W. Robertson